Gary W. Nevers, Esq.
Email: gwnevers@npmp.com
Roxanne Torabian-Bashardoust, Esq.
Email: rtorabian@npmp.com
NEVERS PALAZZO PACKARD WILDERMUTH & WYNNER, PC
31248 Oak Crest Drive, Suite 100
Westlake Village, CA 91361
Telephone: (818) 879-9700
Facsimile: (818) 879-9680

Attorneys for Plaintiff BOULEVARD MOTORCAR COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOULEVARD MOTORCAR COMPANY, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>KUPER'S TRUCKING, LLC., a Missouri Limited Liability Company, and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. CV 12-01072-JCG (rn)<br><br>Magistrate Judge Jay C. Gandhi<br>Crtrm: 827A<br><br>Magistrate Judge Margaret A. Nagle<br>Crtrm: 580<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION BASED UPON STIPULATION OF THE PARTIES (FRCP 41(a)(2))** |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

IT IS HEREBY ORDERED, based upon the stipulation of Plaintiff BOULEVARD MOTORCAR COMPANY and Defendant KUPER'S TRUCKING, LLC, by and through their respective counsel of record, and good cause appearing therefore, that this entire actions shall be dismissed with prejudice, pursuant to FRCP 41(a)(2). The Court will retain jurisdiction only to enforce the settlement.

DATED: July 29, 2013                    _____

UNITED STATES MAGISTRATE JUDGE